UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK C. CHRISTENSON,

                Plaintiff,

-against-

ERICK JOHNSON,

                Defendant.

19-CV-10429 (CM)

CIVIL JUDGMENT

Pursuant to the order issued November 15, 2019, dismissing the complaint,

IT IS ORDERED, ADJUDGED, AND DECREED that under the June 20, 2018 order in *Christenson v. Roe*, ECF 1:18-CV-3319, 3 (S.D.N.Y. June 20, 2019), the complaint is dismissed without prejudice.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   November 15, 2019
         New York, New York

                                    COLLEEN McMAHON
                                   Chief United States District Judge